IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ENDURACARE THERAPY MANAGEMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 4:05-cv-4112-JPG |
| CORNERSTONE HEALTHCARE OF ILLINOIS, INC. and JAMES R. CHEEK, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

After reviewing the Answer filed by the defendant, Cornerstone Healthcare of Illinois, Inc., on August 2, 2005, the Court notes that Cornerstone has violated Federal Rule of Civil Procedure 7.1, which requires a non-governmental corporate party to submit a corporate disclosure statement at the time of its first appearance, pleading, petition, motion, response or other request addressed to the Court. The Court hereby **ORDERS** Cornerstone to file on or before August 15, 2005, the appropriate corporate disclosure statement. Failure to comply with this order may result in striking of the Answer pursuant to the Court's inherent authority.

**DATED: August 8, 2005**

                                                **s/ Donald G. Wilkerson**
                                                **DONALD G. WILKERSON**
                                                **United States Magistrate Judge**