IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ENDURACARE THERAPY MANAGEMENT, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 4:05-cv-4112-JPG |
| v. | ) ) | |
| CORNERSTONE HEALTHCARE OF ILLINOIS, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

On August 8, 2005, this Court ordered the Defendant, Cornerstone Healthcare of Illinois, Inc., to file a corporate disclosure statement, as required by Federal Rule of Civil Procedure 7.1, by August 15, 2005.  The Defendant was warned that the failure to submit the statement may result in the striking of its answer.  No such statement has been filed with the Court by the deadline.  The Defendant then was ordered to show cause by September 26, 2005 why it failed to comply with an order of this Court and why it failed to comply with the Federal Rules (Doc. 19).  The Defendant failed to comply with the order to show cause and further failed to submit a corporate disclosure statement.  Therefore, as Cornerstone has now failed to comply with the Federal Rules and two orders of this Court, its **ANSWER** (Doc. 14) is hereby **STRICKEN**.[1]

**DATED: September 28, 2005**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**

---

[1] Document 14 also is the answer of the individual defendant, James R. Cheek.  As such, Document 14 is only stricken with respect to Cornerstone Healthcare of Illinois, Inc.