IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ENDURACARE THERAPY MANAGEMENT, INC., <br><br>  Plaintiff, <br><br> vs. <br><br> CORNERSTONE HEALTHCARE OF ILLINOIS, INC. a/k/a WHITE COUNTY MEDICAL CENTER, *et al.*, <br><br>  Defendants. | CASE NO. 4:05-cv-04112-JPG |

### JUDGMENT

    This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some issues and the parties having stipulated to dismissal of other issues,

    IT IS HEREBY ORDERED AND ADJUDGED that judgment on Counts 1 through 5 is entered in favor of plaintiff EnduraCare Therapy Management, Inc. and against defendant Cornerstone Healthcare of Illinois, Inc. in the amount of three hundred twenty-one thousand, nine hundred thirty-three dollars and eighty-five cents ($321,933.85), plus post-judgment interest and costs;

    IT IS FURTHER ORDERED AND ADJUDGED that judgment on Count 6 is entered in favor of plaintiff EnduraCare Therapy Management, Inc. and against defendant Cornerstone Healthcare of Illinois, Inc.; that defendant Cornerstone Healthcare of Illinois, Inc., is enjoined from any further breach of the restrictive covenant in paragraph 8 of the Therapy Services Agreement between plaintiff EnduraCare Therapy Management, Inc. and defendant Cornerstone Healthcare of Illinois, Inc. dated April 12, 2004;

    IT IS FURTHER ORDERED AND ADJUDGED that plaintiff EnduraCare Therapy Management, Inc.'s claims in this case against defendant James L. Cheek are dismissed with prejudice and without costs.

**DATED: January 19, 2007**                    **NORBERT JAWORSKI**

                                                                                              s/Vicki L. McGuire
                                                                                              **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                     **J. PHIL GILBERT**
                     **DISTRICT JUDGE**